UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**UNITED STATES OF AMERICA,**

      Plaintiff,

vs.                              Case No. 20-CR-20550
                                    Hon. Stephen J. Murphy

**ARASH YOUSEFI JAM,**

      Defendant.
_____/

### MOTION TO WITHDRAW AS COUNSEL

NOW COME William W Swor, and Michael A. Rataj, attorneys for defendant ARASH YOUSEFI JAM, and move for leave to withdraw as counsel herein, as follows:

1. Movants are currently counsel for the defendant ARASH YOUSEFI JAM.

2. Movants have been informed that Mr. Jam has retained other counsel and no longer requires their services in this case.

3. Successor counsel have advised movants they are prepared to immediately file their appearance and proceed in such a fashion that granting this Motion to Withdraw As Counsel will not result in a delay of the Court's current scheduling order (ECF 15).

4. Pursuant to L.R. 7.1, undersigned counsel are informed and believe that the United States takes no position regarding the relief sought herein.

    WHEREFORE, undersigned counsel hereby pray that this Honorable Court enter an Order granting them leave to withdraw from the representation of ARASH YOUSEFI JAM in this case.

                                Respectfully submitted,

                                *s/William W. Swor*  
                                WILLIAM W. SWOR (P21215)  
                                Attorney for Defendant  
                                2450 Guardian Building  
                                500 Griswold Street  
                                Detroit, MI 48226  
                                (313) 967-0200  
                                wwswor@wwnet.net

                                /s/ Michael A. Rataj  
                                MICHAEL A. RATAJ (P43004)  
                                Co-counsel for Defendant  
                                500 Griswold Street, Suite 2450  
                                Detroit, MI. 48226  
                                (313) 963-4529  
                                ratajmi@aol.com

DATED: February 19, 2021