UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

         Plaintiff,

v.

ARASH YOUSEFI JAM,

         Defendant.
_____/

Case No. 2:20-cr-20550-1

HON. STEPHEN J. MURPHY, III

## ORDER GRANTING PARTIES' MOTION FOR DOWNWARD DEPARTURE [47, 48]

On October 7, 2021, Government Counsel and Defense Counsel both filed a motion for a downward departure and/or variance from Guidelines ECF [47, 48]. On October 14, 2021, the Court sentenced Defendant Arash Yousefi Jam in open Court. For the reasons stated on the record during sentencing, the Court will grant the motions for downward departure.

**WHEREFORE**, it is hereby **ORDERED** that government's motion as well as defense motion for downward departure and/or variance [47, 48] is **GRANTED**.

**SO ORDERED.**

         s/ Stephen J. Murphy, III
         STEPHEN J. MURPHY, III
         United States District Judge

Dated: October 14, 2021

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 14, 2021, by electronic and/or ordinary mail.

         s/ David P. Parker
         Case Manager